

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00068-CR

James Deangelo **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12139A
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 25, 2020.

_____
Patricia O. Alvarez, Justice